THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| FEDERICO G. PEITZNER | § | CASE NO. 05-43496-R |
| XXX-XX-3142 | § | |
| 6605 PINEBLUFF DRIVE | § | CHAPTER 13 |
| PLANO, TX 75074 | § § | |
| | § | |
| DEBTOR | § | |

## NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF THE UNITED STATES BANKRUPTCY COURT

The Notice of Janna L. Countryman, Trustee herein, respectfully would show:

1. That she is the duly qualified and acting Trustee in this case.

2. The Trustee has made distributions of the funds of this estate in accordance with the confirmed Chapter 13 Plan and/or the Bankruptcy Code. Some of the distribution checks have not been negotiated.

3. An amount has been reserved for the following creditor to whom previous checks were submitted without negotiation:

   | Creditor | Reserve Amount |
   |---|---|
   | HOMECOMINGS FINANCIAL | $12,053.56 |

4. A turnover check payable to the Clerk of the United States Bankruptcy Court for $12,053.56 is attached to this Notice.

Dated: 8-30-10

Janna L. Countryman, TBN 04888050
Greg R. Arnove, TBN 00783562
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas 75074
(972) 943-2580 / Fax (972) 943-8050

CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing Notice to Deposit Funds Into the Unclaimed Funds Registry of the United States Bankruptcy Court has been served upon the following parties in interest on the date set forth below by mailing a copy of same to them via first class mail.

FEDERICO G. PEITZNER
6605 PINEBLUFF DRIVE
PLANO, TX 75074


BILLY D. PRICE, P.C.
5445 LA SIERRA DRIVE
SUITE 400
DALLAS, TX 75231-4194

HOMECOMINGS FINANCIAL NETWORK
ATTN: BANKRUPTCY DEPT.
P. O. BOX 939072
SAN DIEGO, CA 92193-9072

HOMECOMINGS FINANCIAL
P. O. BOX 969
HORSHAM, PA 19044-0969

HOMECOMINGS FINANCIAL
P. O. BOX 78426
PHOENIX, AZ 85062-8426


Dated: 8-30-10            _____
                                              Office of the Standing Chapter 13 Trustee

STANDING CHAPTER 13 TRUSTEE
JANNA L. COUNTRYMAN
500 N. CENTRAL EXPRESSWAY, SUITE 350
PLANO, TX 75074

Southside Bank
Tyler, Texas
68-2360
1119

2012279

DATE: Aug 27, 2010

PAY Exactly Thirty Six Thousand Four Hundred Thirty And 62/100 Dollars

$*****36,430.62

VOID 60 DAYS AFTER DATE

TO THE ORDER OF
CLERK OF THE
U.S. BANKRUPTCY COURT
660 NORTH CENTRAL EXPRESSWAY
PLANO, TX 75074



⑈2012279⑈ ⑆111923607⑆ ⑈157 2520⑈

STANDING CHAPTER 13 TRUSTEE
JANNA L. COUNTRYMAN

Payee: CLERK OF THE

Date: Aug 27, 2010
Check No.: 2012279
Name ID: 31950

| Case No. | Debtor Name(s) | SSN 1 | SSN 2 | Payment | Interest | Balance |
|---|---|---|---|---|---|---|
| 0530262 | DANIEL LAWRENCE & ANITA CHAVEZ CLUCK | XXX-XX-2637 | XXX-XX-5298 | 96.06 | 0.00 | 0.01 |
| | CLAIM ID: 00031 ACCT: XXXXXX0192 | COURT CLAIM #: 9 | | | | |
| 0541063 | JAMES ANTHONY & GLORIA JEAN PATTERSON | XXX-XX-3035 | XXX-XX-4842 | 3.30 | 0.00 | 0.06 |
| | CLAIM ID: 00017 ACCT: XXXXXXXXXXX6994 | COURT CLAIM #: 25 | | | | |
| 0541063 | JAMES ANTHONY & GLORIA JEAN PATTERSON | XXX-XX-3035 | XXX-XX-4842 | 2.86 | 0.00 | 0.05 |
| | CLAIM ID: 00060 ACCT: XXXXXXXXXXX9833 | COURT CLAIM #: 27 | | | | |
| 0541063 | JAMES ANTHONY & GLORIA JEAN PATTERSON | XXX-XX-3035 | XXX-XX-4842 | 2.83 | 0.00 | 0.05 |
| | CLAIM ID: 00062 ACCT: XXXXXXXXXXX6592 | COURT CLAIM #: 26 | | | | |
| 0542165 | GARY LEE FOSTER | XXX-XX-3726 | | 190.69 | 0.00 | 0.09 |
| | CLAIM ID: 00050 ACCT: XXXXX1310 | COURT CLAIM #: 5 | | | | |
| 0542448 | LUCILLE A. DAVIS | XXX-XX-5786 | | 43.92 | 0.00 | 0.02 |
| | CLAIM ID: 00009 ACCT: 6342 | COURT CLAIM #: 5 | | | | |
| 0542892 | MELVIN DWIGHT & NATASHA VICTINEZE FOSTER | XXX-XX-4199 | XXX-XX-8999 | 40.30 | 0.00 | 0.04 |
| | CLAIM ID: 00038 ACCT: 4297 | COURT CLAIM #: 19 | | | | |
| 0542892 | MELVIN DWIGHT & NATASHA VICTINEZE FOSTER | XXX-XX-4199 | XXX-XX-8999 | 162.17 | 0.00 | 0.17 |
| | CLAIM ID: 00039 ACCT: 0974 | COURT CLAIM #: 20 | | | | |
| 0542951 | GEORGE J. & DANA E. ANDERSON | XXX-XX-5646 | XXX-XX-4626 | 522.10 | 0.00 | 0.13 |
| | CLAIM ID: 00007 ACCT: XXXXXXX4401 | COURT CLAIM #: 10 | | | | |
| 0542951 | GEORGE J. & DANA E. ANDERSON | XXX-XX-5646 | XXX-XX-4626 | 1,294.00 | 0.00 | 0.32 |
| | CLAIM ID: 00030 ACCT: XXXXXXXXX IDED | COURT CLAIM #: 9 | | | | |
| 0542951 | GEORGE J. & DANA E. ANDERSON | XXX-XX-5646 | XXX-XX-4626 | 5,579.89 | 0.00 | 1.39 |
| | CLAIM ID: 00033 ACCT: XXXXXX9553 | COURT CLAIM #: 3 | | | | |
| 0542952 | LASHUNDA M. GRIFFIN | XXX-XX-5226 | | 25.57 | 0.00 | 0.02 |
| | CLAIM ID: 00018 ACCT: XXXXXXXXXXX4738 | COURT CLAIM #: 7 | | | | |
| 0543122 | BILLY J. & CHARLENE G. AUDAS | XXX-XX-1848 | XXX-XX-0147 | 0.10 | 0.00 | 0.29 |
| | CLAIM ID: 00016 ACCT: 5499 | COURT CLAIM #: 9 | | | | |
| 0543381 | SEBASTIAN A. & GABRIELA F. VOICU | XXX-XX-2905 | XXX-XX-5712 | 94.40 | 8.97 | 0.00 |
| | CLAIM ID: 00031 ACCT: XXXXXXXXX IDED | COURT CLAIM #: 19 | | | | |
| 0543381 | SEBASTIAN A. & GABRIELA F. VOICU | XXX-XX-2905 | XXX-XX-5712 | 174.74 | 0.00 | 0.92 |
| | CLAIM ID: 00047 ACCT: 6994 | COURT CLAIM #: 17 | | | | |
| 0543496 | FEDERICO G. PEITZNER | XXX-XX-3142 | | 12,053.56 | 2,396.24 | 0.00 |
| | CLAIM ID: 00010 ACCT: XXXXX8831 | COURT CLAIM #: 2 | | | | |
| 0543562 | REGINALD JONES & MELANIE MANUEL | XXX-XX-8640 | XXX-XX-0916 | 31.59 | 0.00 | 0.00 |
| | CLAIM ID: 10019 ACCT: XXXXXXXXXXXXX0001 | COURT CLAIM #: 5 | | | | |
| 0543838 | KELLY ELISHA & ROZINE DUNCAN RICHARDSON | XXX-XX-7705 | XXX-XX-0973 | 1.23 | 0.00 | 0.00 |
| | CLAIM ID: 00008 ACCT: XXXXXXXXXXX0071 | COURT CLAIM #: 7 | | | | |
| 0543860 | JUDY A. GIBSON | XXX-XX-4869 | | 8.00 | 0.00 | 0.04 |
| | CLAIM ID: 00013 ACCT: XXXXXXXXXXX5733 | COURT CLAIM #: 6 | | | | |
| 0543860 | JUDY A. GIBSON | XXX-XX-4869 | | 21.72 | 0.00 | 0.02 |
| | CLAIM ID: 00017 ACCT: XXXXXX3266 | COURT CLAIM #: 11 | | | | |
| 0543975 | MAURICE EUGENE FRENCH, JR & CYNTHIA ELAINE FRENCH | XXX-XX-4646 | XXX-XX-1238 | 1,657.96 | 0.00 | 0.58 |
| | CLAIM ID: 00021 ACCT: XXXXXXXXXXX4966 | COURT CLAIM #: 13 | | | | |
| 0544391 | PAULA D. DAVIS | XXX-XX-7700 | | 0.21 | 0.00 | 0.00 |
| | CLAIM ID: 00025 ACCT: 0818 | COURT CLAIM #: 3 | | | | |

STANDING CHAPTER 13 TRUSTEE
JANNA L. COUNTRYMAN
Payee: CLERK OF THE

Date: Aug 27, 2010
Check No.: 2012279
Name ID: 31950

| Case No. | Debtor Name(s) | SSN 1 | SSN 2 | Payment | Interest | Balance |
|---|---|---|---|---|---|---|
| 0544391 | PAULA D. DAVIS | XXX-XX-7700 | | 0.65 | 0.00 | 0.00 |
| | CLAIM ID: 00027   ACCT: XXXXXXXXXXXX4196 | COURT CLAIM #: 5 | | | | |
| 0546177 | KENNETH R. & KIM S. DOYLE | XXX-XX-2930 | XXX-XX-2679 | 6.48 | 0.00 | 0.08 |
| | CLAIM ID: 00015   ACCT: XXXXXX2267 | COURT CLAIM #: 2 | | | | |
| 0546177 | KENNETH R. & KIM S. DOYLE | XXX-XX-2930 | XXX-XX-2679 | 2.84 | 0.00 | 0.03 |
| | CLAIM ID: 00111   ACCT: XXXXXXXXXXXX9050 | COURT CLAIM #: 14 | | | | |
| 0547588 | EDGAR & MONICA E. HERRERA | XXX-XX-8309 | XXX-XX-1915 | 88.26 | 0.00 | 0.00 |
| | CLAIM ID: 00032   ACCT: XXXXXXXXXXX5916 | COURT CLAIM #: 15 | | | | |
| 0548369 | JOHN RICKEY HUGHES | XXX-XX-5628 | | 641.86 | 0.00 | 0.06 |
| | CLAIM ID: 00001   ACCT: XXXXXXXXXXXX2505 | COURT CLAIM #: 1 | | | | |
| 0548369 | JOHN RICKEY HUGHES | XXX-XX-5628 | | 114.97 | 0.00 | 0.03 |
| | CLAIM ID: 00018   ACCT: 3092 | COURT CLAIM #: 6 | | | | |
| 0550267 | CAROL JEAN WRIGHT | XXX-XX-5220 | | 89.53 | 0.00 | 0.04 |
| | CLAIM ID: 00010   ACCT: XXXXXX4161 | COURT CLAIM #: 6 | | | | |
| 0641146 | JOHN WILLIAM & CANDY CHRIS THOMPSON | XXX-XX-6368 | XXX-XX-9464 | 73.40 | 20.07 | 0.00 |
| | CLAIM ID: 00009   ACCT: XXXX0631 | COURT CLAIM #: 5 | | | | |
| 0650201 | BARNIE MIKE & CATHERINE A FREEMAN | XXX-XX-1826 | XXX-XX-0426 | 4,866.55 | 0.00 | 0.92 |
| | CLAIM ID: 00016   ACCT: 6374 | COURT CLAIM #: 17 | | | | |
| 0650201 | BARNIE MIKE & CATHERINE A FREEMAN | XXX-XX-1826 | XXX-XX-0426 | 214.83 | 0.00 | 0.06 |
| | CLAIM ID: 00024   ACCT: XXXXXXXXXXXX8559 | COURT CLAIM #: 16 | | | | |
| 0650201 | BARNIE MIKE & CATHERINE A FREEMAN | XXX-XX-1826 | XXX-XX-0426 | 5,872.87 | 0.00 | 1.30 |
| | CLAIM ID: 00045   ACCT: 2835 | COURT CLAIM #: 28 | | | | |
| 0650201 | BARNIE MIKE & CATHERINE A FREEMAN | XXX-XX-1826 | XXX-XX-0426 | 308.85 | 0.00 | 0.09 |
| | CLAIM ID: 00054   ACCT: XXXXXXXXXXX6010 | COURT CLAIM #: 9 | | | | |
| 0740908 | DANIEL P. & ROBIN Y. HEWETT | XXX-XX-3583 | XXX-XX-0233 | 27.27 | 0.00 | 0.01 |
| | CLAIM ID: 00037   ACCT: XXXXXXXX37-9 | COURT CLAIM #: 10 | | | | |
| 0750186 | WILLIAM GEORGE & ANNICE EWILDI FIELDS | XXX-XX-7139 | XXX-XX-5366 | 33.48 | 29.79 | 3,958.67 |
| | CLAIM ID: 00006   ACCT: 6606 | COURT CLAIM #: 11 | | | | |
| 0750222 | JOSE & SHIRLEY A. ZAMORA | XXX-XX-3752 | XXX-XX-0557 | 237.37 | 25.56 | 1.42 |
| | CLAIM ID: 00011   ACCT: XXXXXXXX8417 | COURT CLAIM #: 10 | | | | |
| 0842092 | TAMMY JO SARTIN | XXX-XX-0343 | | 0.54 | 0.54 | 16,806.00 |
| | CLAIM ID: 00004   ACCT: 8497 | COURT CLAIM #: 3 | | | | |
| 0940962 | EDWARD OLIVER & PAULA JANE WAKEFIELD | XXX-XX-1469 | XXX-XX-1485 | 643.47 | 643.47 | 5,408.56 |
| | CLAIM ID: 00028   ACCT: XXXXX7603 | COURT CLAIM #: 13 | | | | |
| 0950074 | SAMUEL DALE & DONNA K. SMITH | XXX-XX-7060 | XXX-XX-5608 | 193.31 | 0.00 | 0.00 |
| | CLAIM ID: 00028   ACCT: 0232 | COURT CLAIM #: 2 | | | | |
| 0941329 | STEVEN D. & PATRICIA L. RHOADES | XXX-XX-8096 | XXX-XX-3891 | 409.32 | 201.16 | 10,392.97 |
| | CLAIM ID: 00004   ACCT: 6816 | COURT CLAIM #: 9 | | | | |
| 0941329 | STEVEN D. & PATRICIA L. RHOADES | XXX-XX-8096 | XXX-XX-3891 | 155.63 | 0.00 | 6,219.51 |
| | CLAIM ID: 00011   ACCT: 6816 | COURT CLAIM #: 9 | | | | |
| 0942722 | KEVIN D. BUSH | XXX-XX-8680 | | 4.60 | 0.00 | 81,184.37 |
| | CLAIM ID: 00002   ACCT: 8305 | COURT CLAIM #: 9 | | | | |
| | **The Following Payments are Adequate Protection Payments** | | | | | |
| 1040092 | MATTHEW GONZALES | XXX-XX-3315 | | 437.34 | 0.00 | 0.00 |
| | CLAIM ID: 00004   ACCT: 7839 | COURT CLAIM #: | | | | |

| | | TOTALS | 36,430.62 | 3,325.80 | 123,988.32 |
|---|---|---|---|---|---|